UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KHALED GHORAB** | : | **CIVIL ACTION NO. 19-CV-718** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **DONNIE P** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 45] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion for Attorney Fees [doc. 23] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 28th day of June, 2022.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE